# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132331(24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

10 & SCOTIA PLAZA, L.L.C.,
      Plaintiff-Appellant,

v

ALL OCCUPANTS,
      Defendant-Appellee,
and

GRINDERZ OAK PARK, INC.,
      Intervening Defendant-Appellee.

_____/

SC: 132331
COA: 269184
Oakland CC: 2005-008323-AV

On order of the Court, the motion for reconsideration of this Court's January 4, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007                                      

d0319                                                     Clerk